In the Matter of MOLLIE ROSENBERG, Appellant, against CITY OF NEW YORK, Respondent.

Submitted May 23, 1955; decided May 24, 1955.

*Stanley Tessel* for motion.

No one opposed.

Motion granted.